IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PJT HOLDINGS, LLC, | § | |
| | § | No. 366, 2025 |
| Plaintiff-Below, Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| DANIEL COSTANZO, BENJAMIN | § | C.A. No. 2023-0665 |
| COSTANZO, and BRIAN | § | |
| FITZPATRICK, | § | |
| | § | |
| Defendants-Below, Appellees. | § | |

Submitted: March 25, 2026
Decided: April 9, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

# **O R D E R**

NOW this 9th day of April 2026, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Oral Rulings on Cross-Motions for Summary Judgment dated December 7, 2023; its Order Resolving the Parties' Cross-Motions for Summary Judgment dated January 17, 2024; its Post-Trial Opinion dated May 15, 2025; and its Final Order and Judgment dated August 6, 2025.

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice